IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 17-26-RGA |
| | ) | |
| KEITH CAMPBELL | ) | |

## ORDER OF COURT

AND NOW, to-wit, this __30__ day of __October__, 2017, upon due consideration of the foregoing Defendant Keith Campbell's Motion to Stay (D123) in light of *Carpenter v. United States*, No. 16-402, a case pending before the Supreme Court of the United States, and subsequent pleadings (DI 24 & 25) it is hereby ORDERED, ADJUDGED, AND DECREED that said motion is ~~GRANTED~~ DENIED.[1]

IT IS ~~FURTHER ORDERED that counsel for Mr. Keith Campbell shall notify this Court about the status of *Carpenter v. United States*, No. 16-402, in 60 days, or by _____, 201_.~~

_____
HONORABLE RICHARD G. ANDREWS
United States District Judge

---

[1] The case should move forward. The Government says it has an argument under the good faith exception even if *Carpenter* goes in the defendant's favor. That argument may make *Carpenter* moot. In any event, waiting for the Supreme Court is going to add unnecessary delay to the proceedings. The Court will be able to modify any ruling it makes in light of subsequent developments.