

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

| | |
|---|---|
| *1007 N. Orange Street, Suite 700* | *(302) 573-6277* |
| *P.O. Box 2046* | *FAX (302) 573-6220* |
| *Wilmington, Delaware 19899-2046* | *TTY (302) 573- 6274* |
| | *Toll Free (888) 293-8162* |

March 5, 2018

**By Hand Delivery**

The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

> **Re:**   **United States v. Keith Campbell**
> **Criminal Action No. 17-26- RGA**

Dear Judge Andrews:

Regarding the Motion to Suppress (D.I. 32), the applications and orders in dispute are as follows: Misc. No. 14-208; Misc. No. 14-222; and Misc. No. 15-95.   Enclose are copies of the Applications and Orders, respectively, Exhibits A, B, and C.

Also enclosed, as Exhibit D, are copies of the three relevant Orders to Unseal.

Respectfully,

DAVID C. WEISS
United States Attorney

By
Edmond Falgowski
Assistant U.S. Attorney

Enclosures

cc:   Akin Adepoju, Esq.