# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR ORDERS FOR DISCLOSURE OF TELECOMMUNICATION RECORDS | : Misc. No 14-208<br>: Misc. No 14-222 and<br>: Misc. No 15-95 |

## MOTION AND ORDER TO UNSEAL
## APPLICATIONS AND ORDERS FOR TELECOMMUNICATION RECORDS

The United States of America, by and through its undersigned counsel, moves that the Applications and Orders for telecommunication records in the above-captioned cases be unsealed.

FILED
FEB 28 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: 2/28/18

DAVID C. WEISS
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

IT IS SO ORDERED this 1ST day of March, 2018.

_____
Honorable Christopher J. Burke
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR ORDERS FOR DISCLOSURE OF TELECOMMUNICATION RECORDS | : Misc. No 14-208<br>: Misc. No 14-222 and<br>: Misc. No 15-95 |

**MOTION AND ORDER TO UNSEAL**
**APPLICATIONS AND ORDERS FOR TELECOMMUNICATION RECORDS**

The United States of America, by and through its undersigned counsel, moves that the Applications and Orders for telecommunication records in the above-captioned cases be unsealed.

FILED
FEB 28 2018
U.S. DISTRICT COURT

Dated: 2/28/18

DAVID C. WEISS
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

IT IS SO ORDERED this 1st day of March, 2018.

_____
Honorable Christopher J. Burke
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR ORDERS FOR DISCLOSURE OF TELECOMMUNICATION RECORDS | : Misc. No 14-208<br>: Misc. No 14-222 and<br>: Misc. No 15-95 |

## MOTION AND ORDER TO UNSEAL
## APPLICATIONS AND ORDERS FOR TELECOMMUNICATION RECORDS

The United States of America, by and through its undersigned counsel, moves that the Applications and Orders for telecommunication records in the above-captioned cases be unsealed.

FILED
FEB 28 2018

DAVID C. WEISS
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2/28/18

IT IS SO ORDERED this 1st day of March, 2018.

_____
Honorable Christopher J. Burke
United States Magistrate Judge