AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA
v.
Keith L. Campbell

**EXHIBIT AND WITNESS LIST**

Case Number: CR 17-26 RGA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Richard G. Andrews | E. Falgowski, Esq. | M. Greenberg, Esq. |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 7/31/2018 | Taneha Carroll | K. Ringgold |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 7/31/18 | | | Scott Duffy – FBI Special Agent |
| G1 | | 7/31/18 | | ✓ | FBI – FD 302 (9/3/2015) |
| G2 | | 7/31/18 | | ✓ | FBI – FD 302 (5/17/2017) |
| G3 | | 7/31/18 | | ✓ | Miranda Waiver |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages