*Filed in open Court this 21st day of August 2018.*
*nms.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

⟨82⟩

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 17-26-RGA |
| | ) | |
| KEITH L. CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

## **JURY VERDICT FORM**

As to Count 1, charging the Defendant with Kidnapping, in violation of 18 U.S.C. § 1201(a)(1), we find the Defendant:

_____**Guilty**          \_\_\_X\_\_\_**Not Guilty**

As to Count 2, charging the Defendant with Attempt to Commit Robbery, in violation of 18 U.S.C. § 1951(a), we find the Defendant:

_____**Guilty**          \_\_\_X\_\_\_**Not Guilty**

As to Count 3, charging the Defendant with Conspiracy to Commit Robbery, in violation of 18 U.S.C. § 1951(a), we find the Defendant:

_____**Guilty**          \_\_\_X\_\_\_ **Not Guilty**





Dated: *08/21/18*