IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Crimina Action No. 17-26-RGA |
| | : | |
| KEITH L. CAMPBELL, | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

WHEREAS, a Jury Trial was held on August 20th, and 21st, 2018;

WHEREAS, the Defendant was found Not Guilty (D.I. 82);

NOW THEREFORE, IT IS HEREBY ORDERED pursuant to Fed. R. Crim. P. 32(k)(1) that:

The Defendant is **NOT GUILTY**.

_____
Date

_____
United States District Judge