# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           §
        Plaintiff,                 §
                     §     CRIMINAL ACTION **17-26-UNA**
                     §
        v.                          §
KEITH L. CAMPBELL                    §
                     §
        Defendant.                  §

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  MICHAEL McGOWAN, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE SUSSEX CORRECTIONAL INSTITUTION, GEORGETOWN, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **KEITH L. CAMPBELL**, who is now detained and imprisoned in the SUSSEX CORRECTIONAL INSTITUTION and who is a defendant in the above-entitled cause, in which cause the said **KEITH L. CAMPBELL**, is charged with KIDNAPPING in violation of 18 U.S.C. 1201(a) for an **INITIAL APPEARANCE on THURSDAY, APRIL 20, 2017 AT 1:00 PM** and to be remain in the custody of the United States Marshal until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Chief U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 6th day of April 2017.

JOHN A. CERINO, CLERK

By: _____
       Deputy Clerk

**CERTIFIED:**
**AS A TRUE COPY:**
**ATTEST:**
**JOHN A. CERINO, CLERK**
**BY** _____
     **Deputy Clerk**